396 A.2d 855

McDonald et al., Appellants, v. Begley et al.

Argued September 13, 1978. Michael J. Pepe, Jr., for appellants; John G. Jenemann, submitted a brief for appellee, Hrapczynski; Edward Griffith, for appellee, Goodyear; Charles W. Craven, with him Robert G. Hanna, Jr., for appellee, Salvino.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.